NOT FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

OCT 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

R. J. KULICK,

          Plaintiff-Appellant,

  v.

MARISSA MILLS, AKA Marissa Hemme;
ADELE MILLS, AKA Adele Reinstein;
SHARON TOWERS LLC, AKA Sharon
Towers Apartments; ANNE MILLS;
HAROLD MILLS; RITA SINDER; JACK
SINDER; MEISLER TRUST
CONSOLIDATION PARTNERSHIP;
SHARON TOWERS CO., a general
partnership; ADELE TRUST; ADRIAN
GUERRERO; PETER STEINMAN; DOES,
1 to 100, inclusive,

          Defendants-Appellees.

No. 23-55663

D.C. No. 2:23-cv-00571-GW-PVC

MEMORANDUM*

Appeal from the United States District Court
for the Central District of California
George H. Wu, District Judge, Presiding

Submitted October 16, 2024**

Before:    SILVERMAN, R. NELSON, and MILLER, Circuit Judges.

---

     *     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

     **     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

R. J. Kulick appeals pro se from the district court's judgment dismissing his action alleging various federal claims. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a dismissal for failure to serve the summons and complaint under Federal Rule of Civil Procedure 4(m). *Oyama v. Sheehan (In re Sheehan)*, 253 F.3d 507, 511 (9th Cir. 2001). We affirm.

The district court did not abuse its discretion by dismissing Kulick's action without prejudice because Kulick failed to effect proper service of the summons and complaint, despite being given notice, opportunities, and directives to do so, and Kulick did not establish good cause for his failure to serve. *See* Fed. R. Civ. P. 4(a)-(c) (setting forth requirements for service of process, including that the summons must be served with a copy of the complaint); Fed. R. Civ. P. 4(m) (explaining that district court may dismiss for failure to serve after providing notice and absent a showing of good cause).

All pending requests are denied.

**AFFIRMED.**

23-55663